OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

3/20/2015
WILLIAMS, TONY LEE    Tr.Ct.No. 1152063-A    WR-83,031-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

TONY LEE WILLIAMS
HARRIS COUNTY JAIL - TDC # 1543397
1200 BAKER ST.
HOUSTON, TX 77002

RETURN TO SENDER
RELEASED FROM CUSTODY OR DATED
HARRIS COUNTY SHERIFF'S DISTRICT